1

2

3

4

5

6

7

8               **UNITED STATES DISTRICT COURT**

9               **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  JUSTIN SHEPHERD, | Case No. 1:14-cv-01901-JAM-BAM |
| 12          Plaintiff, | **Assigned for All Purposes:** <br> **Judge John A. Mendez** |
| 13     v. | **ORDER SETTING SETTLEMENT** |
| 14  KOHL'S DEPARTMENT STORES, INC., <br> and DOES 1 through 100, | **CONFERENCE BEFORE MAGISTRATE** <br> **JUDGE McAULIFFE** |
| 15          Defendant. | Trial Date:  August 15, 2016 |
| 16 | |

17

18          IT IS HEREBY ORDERED as follows:

19          1.      Pursuant to Stipulation between the parties, this matter is referred to Magistrate

20  Judge Barbara A. McAuliffe for purposes of conducting a settlement conference on July 22, 2015

21  at 9:30 a.m.

22          **IT IS SO ORDERED.**

23  DATED:  April 6, 2015

24

25                                    /s/ John A. Mendez
                                      Hon. John A. Mendez
26                                    United States District Court Judge

27

28

_(left margin, vertical text)_ PAYNE & FEARS LLP · ATTORNEYS AT LAW · ONE POST STREET, SUITE 1000 · SAN FRANCISCO, CALIFORNIA 94104 · (415) 398-7860