ANTHONY J. SPERBER, Bar No. 197962
LAW OFFICE OF ANTHONY J. SPERBER
1808 Sixth Street, Berkeley, CA 94710
Tel: 510.845.8844
Fax: 510.845.1998
anthony@sperberlaw.com

KURT W. DREGER, Bar No. 283384
LAW OFFICE OF KURT W. DREGER
848 Mohawk Drive, Livermore, CA  94551
Tel: 925.605.9261
Fax: 925.294.8012
kurt@dregerlawoffices.com

Attorneys for
PLAINTIFF JUSTIN SHEPHERD

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| JUSTIN SHEPHERD,<br><br>                    Plaintiff,<br><br>     v.<br><br>KOHL'S DEPARTMENT STORES, INC., and DOES 1 through 100,<br><br>                    Defendants. | Case No.  1:14-CV-01901-JAM-BAM<br><br>Assigned for All Purposes: Hon. John A. Mendez<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT; ORDER** |

### STIPULATION OF THE PARTIES

THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, STIPULATE AND AGREE AS FOLLOWS:

Plaintiff Justin Shepherd ("Plaintiff") seeks leave of Court to amend his Complaint against Defendant Kohl's Department Stores, Inc. ("Defendant") so as to make the Complaint conform to

evidence obtained thus far and to assert all viable legal theories. Specifically, Plaintiff is adding two claims: (1) Failure To Engage In An Interactive Process and (2) Failure To Reasonably Accommodate (both alleged violations of the Fair Employment & Housing Act, Cal. Govt. Code § 12940, *et seq*.). Plaintiff has also made miscellaneous modifications to the body of the complaint, to make it conform to proof.

Given the very liberal rules governing amendments to pleadings, Defendant does not object to the amendments. Therefore, in order to conserve the resources of the parties and the Court, the parties hereby stipulate and agree that good cause exists to allow Plaintiff leave to file his First Amended Complaint.

IT IS SO STIPULATED AND AGREED.

Dated: August 4, 2015          LAW OFFICE OF ANTHONY J. SPERBER
                               LAW OFFICE OF KURT W. DREGER


                               By:    /s/
                                    Anthony J. Sperber
                                    Attorneys for Plaintiff Justin Shepherd


Dated: August 4, 2015

                               PAYNE & FEARS LLP


                               By:    /s/
                                    Leila Narvid
                                    Attorneys for Defendant Kohl's
                                    Department Stores, Inc.

## **ORDER**

Pursuant to the foregoing Stipulation of the parties and good cause appearing, IT IS ORDERED that:

(1) Plaintiff may file a First Amended Complaint.

(2) The First Amended Complaint is deemed filed and served as of the date of this Order.

(3) Defendant shall file a responsive pleading within twenty (20) days of this Order.

(4) The plaintiff's motion to file a First Amended Complaint is vacated from the Court's September 16, 2015 motion calendar.

IT IS SO ORDERED.


Dated:  August 4, 2015                           /s/ John A. Mendez_____
                                                 United States District Court Judge