**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN SHEPHERD,<br><br>          Plaintiff,<br><br>     v.<br><br>KOHL'S DEPARTMENT STORES, INC., and DOES 1 through 100,<br><br>          Defendant. | Case No. 1:14-cv-01901-DAD-BAM<br><br>**Assigned for All Purposes:**<br>**Judge Dale A. Drozd**<br><br>**ORDER SETTING SECOND SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE MCAULIFFE**<br><br>Trial Date: October 25, 2016<br>Settlement Conf.: Aug. 15, 2016 at 10:00 am |

IT IS HEREBY ORDERED as follows:

1.     Pursuant to Stipulation (Doc. 50) between the parties, this matter is referred to Magistrate Judge Barbara A. McAuliffe for purposes of conducting a settlement conference on August 15, 2016.  The Conference will begin at 10:00 a.m. before Judge McAuliffe in courtroom 8 (BAM).

2.     Unless otherwise permitted in advance by the Court, the attorneys who will try the case shall personally appear at the settlement conference with the parties and the person or persons having full authority to negotiate and settle the case, on any terms, at the conference.

3.     **No later than seven days prior to the settlement conference**, each party shall submit directly to Judge McAuliffe's chambers at bamorders@caed.uscourts.gov, a confidential settlement conference statement.  This statement should neither be filed with the clerk of the Court nor served on any other party.  Each statement shall be clearly marked "CONFIDENTIAL" with the date and time of the mandatory settlement conference indicated prominently.

4.     The settlement statement should not be lengthy but shall include a brief recitation of the facts, a discussion of the strengths and weaknesses of the case, an estimate of the cost and time to be expended for further pretrial and trial matters, and the relief sought. The parties are also directed to include a candid statement on the party's position on settlement, including the amount which the party will accept to settle, realistic settlement expectations, present settlement proposals,

and a history of past settlement discussions, offers, demands, and a report on settlement efforts to date.

5. This Court will vacate the settlement conference if the Court finds the settlement conference will be neither productive nor meaningful to attempt to resolve all or part of this case. As far in advance of the settlement conference as possible, a party shall inform the Court and other parties that it believes the case is not in a settlement posture so the Court may vacate or reset the settlement conference. Otherwise the parties shall proceed with the settlement conference in good faith to attempt to resolve all or part of the case.

IT IS SO ORDERED.

Dated: **June 14, 2016**         /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE